IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KANOPY HOLDINGS, INC. and CHRISTOPHER RORK,<br><br>          Plaintiffs,<br><br>     v.<br><br>WL GROUP LTD., PO CHIU YUEN (aka Larry Yuen), and WING LUEN KNITTING FACTORY LTD.,<br><br>          Defendants. | Case No.  1:21-CV-03304-SDG |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendants W L Group Limited, Po Chiu Yuen (aka Larry Yuen), and Wing Luen Knitting Factory Limited (the "Defendants") state the following:

1.  The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.  Plaintiff Kanopy Holdings, Inc.

    b.  Plaintiff Christopher Rork

   c. Defendant W L Group Limited

   d. Defendant Po Chiu Yuen (aka Larry Yuen)

   e. Defendant Wing Luen Knitting Factory Limited

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a. Pocotex (Holdings) Limited

   b. Robin Polsley

   c. Margi Bartling

   d. Kimberly Funkhouser Consulting LLC

   e. Kanopy Baby Inc.

   f. Kanopy International Limited

   g. Sree Santhosh Garments

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a. For Plaintiffs:

    C. Denning Rodriguez
    Ga. Bar No. 611505
    Rodriguez LLC
    3343 Peachtree Road NE Ste 145-137

       Atlanta, GA 30326
       Telephone: 212.227.4183
       denning@rodriguezllc.com

b.  For Defendants:

       Mary M. Weeks
       Georgia Bar No. 559181
       Bianca N. DiBella
       Georgia Bar No. 820341
       TROUTMAN PEPPER HAMILTON SANDERS LLP
       600 Peachtree Street, Suite 3000
       Atlanta, GA 30308
       Telephone: (404) 885-3000
       Facsimile: (404) 962-6796
       mary.weeks@troutman.com
       bianca.dibella@troutman.com

Respectfully submitted this 19th day of November, 2021.

       /s/ *Mary M. Weeks*
       Mary M. Weeks, GA Bar No. 559181
       Bianca N. DiBella, GA Bar No. 820341
       TROUTMAN PEPPER
       HAMILTON SANDERS LLP
       600 Peachtree Street, Suite 3000
       Atlanta, GA 30308
       Tel:  (404) 885-3000
       Fax:  (404) 885-3900
       mary.weeks@troutman.com
       bianca.dibella@troutman.com

       *Attorneys for Defendants W L Group Limited, Po Chiu Yuen (aka Larry Yuen), and Wing Luen Knitting Factory Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2021, I electronically filed Defendants' Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 19th day of November, 2021.

/s/ *Mary M. Weeks*
Mary M. Weeks, GA Bar No. 559181
Bianca N. DiBella, GA Bar No. 820341
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Tel:  (404) 885-3000
Fax:  (404) 885-3900
mary.weeks@troutman.com
bianca.dibella@troutman.com

*Attorneys for Defendants W L Group Limited, Po Chiu Yuen (aka Larry Yuen), and Wing Luen Knitting Factory Limited*