# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KANOPY HOLDINGS, INC. and CHRISTOPHER RORK,<br><br>Plaintiffs,<br><br>v.<br><br>WL GROUP LTD, PO CHIU YUEN (aka Larry Yuen), and WING LUEN KNITTING FACTORY LTD.,<br><br>Defendants. | Case No. 1:21-CV-03304-SDG |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' <u>FIRST AMENDED COMPLAINT</u>

Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) and the *forum non conveniens* doctrine, Defendants W L Group Limited, Po Chiu Yuen (aka Larry Yuen), and Wing Luen Knitting Factory Limited respectfully move this Court to dismiss Plaintiffs' First Amended Complaint. In support of their Motion to Dismiss Plaintiffs' First Amended Complaint, Defendants rely on their Brief in Support and the Declaration of Mary M. Weeks, which are filed contemporaneously herewith.

Dated this 28th day of February, 2022.

/s/ *Mary M. Weeks*
Mary M. Weeks, GA Bar No. 559181
Bianca N. DiBella, GA Bar No. 820341
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3000
Fax: (404) 885-3900
mary.weeks@troutman.com
bianca.dibella@troutman.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all CM/ECF participants.

This 28th day of February, 2022.

*/s/ Mary M. Weeks*
Mary M. Weeks