IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KANOPY HOLDINGS, INC. and CHRISTOPHER RORK, <br><br> Plaintiffs, <br><br> v. <br><br> WL GROUP LTD., PO CHIU YUEN (aka Larry Yuen), and WING LUEN KNITTING FACTORY LTD., <br><br> Defendants. | Case No. 1:21-CV-03304-SDG |

## SUGGESTION OF DEATH

COME NOW Defendants WL Group Limited and Wing Luen Knitting Factory in the above-styled action and suggest upon the record, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the death of Defendant Po Chiu Yuen (aka Larry Yuen) on October 2, 2022 (Hong Kong Standard Time).

- 2 -

Respectfully submitted this 12th day of October, 2022.

/s/ *Mary M. Weeks*
Mary M. Weeks, GA Bar No. 559181
Bianca N. DiBella, GA Bar No. 820341
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Tel:  (404) 885-3000
Fax:  (404) 885-3900
mary.weeks@troutman.com
bianca.dibella@troutman.com

*Attorneys for Defendants WL Group Limited and Wing Luen Knitting Factory Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I electronically filed SUGGESTION OF DEATH with the Clerk of the Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 12th day of October, 2022.

/s/ *Mary M. Weeks*
Mary M. Weeks, GA Bar No. 559181