# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KANOPY HOLDINGS, INC. and CHRISTOPHER RORK,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WL GROUP LTD. and PO CHIU YUEN (aka Larry Yuen),<br><br>　　　　　Defendants. | Case No. 1:21-CV-03304-SDG |

### [PROPOSED] ORDER GRANTING THIRD CONSENT MOTION FOR EXTENSION OF TIME TO SUBSTITUTE REPRESENTATIVE AND RENEW MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

This cause having come before the Court on the Third Consent Motion For Extension Of Time To Substitute Representative and Renew Motion for Leave to File Second Amended Complaint (the "Motion"), and having considered the Motion, and good cause being shown for the relief requested therein,

The Court hereby **GRANTS** the Motion, extending the time by which Plaintiffs must substitute a representative for the deceased Defendant Po Chiu Yuen and renew their Motion for Leave to File Second Amended Complaint [ECF 31]

through and including December 15, 2023, and staying the proceedings against Defendant WL Group Ltd. for a corresponding amount of time.

SO ORDERED this ___ day of _____, 2023.

_____
Steven D. Grimberg
United States District Judge