IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KANOPY HOLDINGS, INC. and CHRISTOPHER RORK,<br><br>Plaintiffs,<br><br>v.<br><br>WL GROUP LTD., PO CHIU YUEN (aka Larry Yuen), and WING LUEN KNITTING FACTORY LTD.,<br><br>Defendants. | Case No.  1:21-CV-03304-SDG |

## MOTION TO EXTEND CERTAIN DEADLINES

Plaintiffs Kanopy Holdings, Inc. and Christopher Rork, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's Local Rule 7.1, file this Motion to Extend Certain Deadlines and Incorporated Memorandum of Law, showing the Court as follows:

1.  Defendant Mr. Yuen passed away on October 2, 2022.

2.  Defendant WL Group and non-party Wing Luen Knitting Factory, Ltd. ("WL Knitting") filed a Notice of Suggestion of Death, Dkt. 32, on October 12, 2022, which stayed the current proceedings as they related to Mr. Yuen and gave Plaintiffs ninety days to move to substitute a representative of his estate. *See* Fed. R. Civ. P. 25(a)(1).

3. The representatives of WL Group and non-party WL Knitting were unable to identify a representative of Mr. Yuen's estate within the 90-day deadline.

4. On January 17, 2023, the Court granted Plaintiffs' Emergency Motion to Stay, Dkt. 39, which stayed the proceedings against WL Group for sixty days, permitted Plaintiffs to conduct limited discovery to identify a representative of Mr. Yuen's estate, and directed Plaintiffs to renew their Motion for Leave to File Second Amended Complaint, Dkt. 31, at the conclusion of the sixty-day discovery period. Plaintiffs served discovery requests on WL Group and WL Knitting on January 31, 2023.

5. Prior to the deadline for WL Group and non-party WL Knitting to respond to Plaintiffs' discovery requests, WL Group and non-party WL Knitting identified Mr. Yuen's mother, Lau Yuen Chun, as the *likely* representative of Mr. Yuen's estate, pending confirmation of the same by a court in Hong Kong.

6. On March 6, 2023, the Court granted the Parties' Consent Motion, Dkt. 42, which extended the deadline by which Plaintiffs must substitute a representative for Mr. Yuen and renew their motion for leave to file a Second Amended Complaint through and including May 19, 2023.

7. Since then, Defendant's counsel represented to Plaintiffs'' counsel and this Court that on May 4, 2023, Mr. Yuen's mother, Lau Yuen Chun, submitted an

application to the Hong Kong court to be legally appointed as the estate's representative. Defendant's counsel indicated at that time that it is the WL Group and WL Knitting's understanding that it will likely take several months for the Hong Kong court to review and grant a letter of administration appointing Lau Yuen Chun as the representative of Mr. Yuen's estate.

8.  Since May 4, 2023, the parties filed six motions for the extension of time to substitute a representative for the Defendant Yuen.

9.  On June 14, 2024, this Court directed by Order that the case be administratively closed and all deadlines stayed in the interim, provided a party may request to reopen the case or to extend the administrative closure within six months of the Order. *See* ECF 51.

10. Since this Court's Order, Plaintiff's counsel has routinely checked in with Defendant's counsel on the status of the administration appointing Lau Yuen Chun as the representative of Mr. Yuen's estate, including as recent as December 10, 2024.

11. Defendant's counsel has indicated to Plaintiffs' counsel that its "client has not received any kind of status report or letter from the Hong Kong court regarding the status of the estate proceeding or the delay."

12. Due to Defendant's continued inability to substitute a representative of Mr. Yuen's estate, Plaintiffs are requesting an extension of the administrative deadline for an additional six months to allow Plaintiffs the opportunity to reopen the case upon the appointment of Lau Yuen Chun as representative.

For the foregoing reasons, the parties respectfully request that the Court grant this Motion to Extend Certain Deadlines. A proposed order is attached hereto as **Exhibit A** for the Court's convenience.

Respectfully submitted this 13th day of December, 2024.

    /s/ *C. Denning Rodriguez*
C. Denning Rodriguez
Ga. Bar No. 611505
RODRIGUEZ LLC
3343 Peachtree Road NE
Ste 145-437
Atlanta, Georgia 30326
Tel: 212.227.4183
Fax: 315.904.1436
denning@rodriguezllc.com

*Attorney for Plaintiffs*

## CERTIFICATE OF COMPLIANCE

Pursuant to Northern District of Georgia Civil Local Rule 7.1.D, I certify that the foregoing documents was prepared in Times New Roman 14-point font, in compliance with Local Rule 5.1.C.

/s/ *C. Denning Rodriguez*
C. Denning Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing Motion to Extend Certain Deadlines with the Clerk of the Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 13th day of December, 2024.

                                                    /s/ *C. Denning Rodriguez*
                                                    C. Denning Rodriguez

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KANOPY HOLDINGS, INC. and CHRISTOPHER RORK,<br><br>Plaintiffs,<br><br>v.<br><br>WL GROUP LTD., PO CHIU YUEN (aka Larry Yuen), and WING LUEN KNITTING FACTORY LTD.,<br><br>Defendants. | Case No. 1:21-CV-03304-SDG |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND CERTAIN DEADLINES

**BEFORE THE COURT** is the Consent Motion to Extend Certain Deadlines. Upon consideration, it is

**ORDERED AND ADJUDGED** that notwithstanding the provisions of Local Rule 7.1, the parties Consent Motion to Extend Certain Deadlines is hereby granted.

ORDERED AND ADJUDGED that:

The deadline of December 14, 2024 for a request to reopen the case or to extend the administrative closure as set forth in the Court's Order dated June 14, 2024, *see* ECF No. 51 be extended to June 13, 2025;

**SO ORDERED** this __ day of December, 2024.

_____
Steven D. Grimberg
United States District Judge